COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-391-CV

 

 

IN
RE BARBARA LEWIS, INDIVIDUALLY,                                  RELATORS

AS NEXT FRIEND OF COLTON
LEWIS, 

AND AS REPRESENTATIVE OF
THE 

ESTATE OF JOHN LEWIS,
DECEASED, 

VIRGINIA ASSELIN, TILMAN
HEIN, JOE MOYA

 

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relators=
petition for writ of mandamus, emergency motion for temporary relief, and real
party in interest=s response to the motion and is
of the opinion that relief should be denied. 
Accordingly, relators=
petition for writ of mandamus and emergency motion for temporary relief are
denied.

 

 








Relators shall pay all costs of this
original proceeding, for which let execution issue.

 

PER
CURIAM

 

 

PANEL:  DAUPHINOT, GARDNER, and MCCOY, JJ.

 

DELIVERED:  November 12, 2009











    [1]See
Tex. R. App. P. 47.4.